1  FENNEMORE CRAIG, P.C.
Shannon S. Pierce (NV Bar No. 12471)
2  7800 Rancharrah Parkway
Reno, Nevada 89511
3  Tel (775) 788-2200; Fax (775) 786-1177
Email: spierce@fennemorelaw.com
4

5  *Attorneys for Defendants* Hargett Materials, Inc.,
Jon Hargett, Tom Martin, Leanne Martin, and
6  Knights Consulting & Technical Services, Inc.

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF NEVADA**

9
GST INTERNATIONAL, INC., a Nevada       Case No. 3:21-cv-00285-MMD-CLB
10 corporation,

11              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                             ORDER REGARDING UPCOMING
12 v.                                         PRELIMINARY INJUNCTION AND
                                             RESPONSIVE PLEADING
13 TOM MARTIN, an individual; BRANDON        DEADLINES**
RAPOLLA, an individual; KNIGHTS
14 CONSULTING & TECHNICAL SERVICES,
INC., a Nevada corporation; LEANNE MARTIN,
15 an individual; HARGETT MATERIALS, INC., a
Tennessee corporation; JOHN HARGETT, an
16 individual; and DOES 1 through 50, inclusive;

17
              Defendants.
18

19       WHEREAS, on June 28, 2021, Plaintiff filed its complaint and motion for temporary

20 restraining order and preliminary injunction ("Motion");

21       WHEREAS, on July 14, 2021, Plaintiff served the summons, complaint, and Motion on

22 Defendant Thomas Martin;

23       WHEREAS, on July 7, 2021, Plaintiff served the summons, complaint, and Motion on

24 Defendants Hargett Materials, Inc. and Jon Hargett;

25       WHEREAS, on July 21, 2021, Defendants filed and served their opposition to Plaintiff's

26 Motion;

27       WHEREAS, on July 28, 2021, the Court inquired with the parties about setting a hearing

28

FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200  Fax: (775) 786-1177

18645847.2                              1

on Plaintiff's Motion for August 11, 2021 or August 12, 2021 ("Hearing");

WHEREAS, Plaintiff has requested, and Defendants have granted, an extension of the deadline for Plaintiff to submit its reply brief in support of its Motion (currently set for July 28, 2021, with the stipulated extended deadline being August 4, 2021);

WHEREAS, Defendants have requested, and Plaintiff has granted, an extension of the responsive pleading deadline (currently set for July 28, 2021, with the stipulated extended deadline being August 4, 2021);

WHEREAS, Plaintiff has requested, and Defendants have agreed, to continue the Hearing;

NOW, therefore, the parties STIPULATE and AGREE as follows:

1.  Plaintiff shall have until August 4, 2021 to file and serve its reply brief in support of its Motion;

2.  Defendants shall have until August 4, 2021 to file and serve their answer or other responsive pleading;

3.  The Hearing shall be continued until such date in or after mid-September 2021 that the Court is available.

Pursuant to LR IA 6-1, the parties state that this is the first extension of any deadline sought in this case.  Good cause exists for this extension, as (1) Plaintiff has indicated that it needs more time to evaluate the arguments set forth in Defendants' opposition to the Motion; (2) lead defense counsel is scheduled to be in a jury trial beginning on August 24, 2021 (which impacts the scheduling of any Hearing continuation); and (3) defense counsel's schedule and workload have not yet permitted counsel to complete Defendants' responsive pleading.  Pursuant to LR 26-3, the parties note that this stipulation does not seek an extension of discovery, and no discovery has been conducted due to the current posture of the case.  The parties submit this stipulation not for

///

///

///

///

///

FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200  Fax: (775) 786-1177

18645847.2

purposes of delay, but for the reasons set forth above.

**IT IS SO AGREED.**

Dated: July 28, 2021                    **FENNEMORE CRAIG, P.C.**

*/s/ Shannon S. Pierce*
Shannon S. Pierce, Esq. (NV Bar No. 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511

*Attorneys for Defendants*
Hargett Materials, Inc., Jon Hargett, Tom Martin, Leanne Martin, and Knights Consulting & Technical Services, Inc.

Dated: July 28, 2021                    **WOODBURN AND WEDGE**

*/s/ Dane W. Anderson*
Dane W. Anderson, Esq. (NV Bar No. 6883)
Shay L. Wells, Esq. (NV Bar No. 12130)
Patrick M. Kealy, Esq. (NR Bar No. 13517)
6100 Neil Road, Suite 500
Reno, NV 89511

*Attorneys for Plaintiff*

For good cause based upon the parties' stipulation as set forth above, the parties' stipulation is hereby GRANTED.  The hearing on Plaintiff's motion for temporary restraining order and preliminary injunction, ECF No. 6, shall be set for _September 21_, 2021 at _10am_ a.m./p.m.

DATED this _30th_ day of _July_, 2021.

_____
MIRANDA M. DU
CHIEF U.S. DISTRICT JUDGE

18645847.2