FENNEMORE CRAIG, P.C.
Shannon S. Pierce (NV Bar No. 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel (775) 788-2200; Fax (775) 786-1177
Email: spierce@fennemorelaw.com

*Attorneys for Defendants* Hargett Materials, Inc., Jon Hargett, Tom Martin, Leanne Martin, and Knights Consulting & Technical Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GST INTERNATIONAL, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOM MARTIN, an individual; BRANDON RAPOLLA, an individual; KNIGHTS CONSULTING & TECHNICAL SERVICES, INC., a Nevada corporation; LEANNE MARTIN, an individual; HARGETT MATERIALS, INC., a Tennessee corporation; JOHN HARGETT, an individual; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 3:21-cv-00285-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, on August 25, 2021, Plaintiff filed its First Amended Complaint ("FAC") in this matter;

WHEREAS, the answer or other responsive pleading to the FAC is presently due (as to all defendants who have been served) on September 20, 2021;

WHEREAS, counsel for Defendants Hargett Materials, Inc., Jon Hargett, Tom Martin, Leanne Martin, and Knights Consulting & Technical Services, Inc. ("Defendants") recently completed a multi-day jury trial and has not yet had the opportunity to complete Defendants' response to the FAC;

NOW, therefore, the parties STIPULATE and AGREE as follows:

1

Case 3:21-cv-00285-MMD-CLB   Document 24   Filed 09/17/21   Page 2 of 2

FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200  Fax: (775) 786-1177

1. The deadline for Defendants to respond to the FAC shall be continued by two weeks, from September 20, 2021 to October 4, 2021.

Pursuant to LR IA 6-1, the parties state that this is the first extension of the deadline to respond to the FAC (since such deadline was originally set), and the third extension of any deadline sought in this case. Good cause exists for this stipulation, as defense counsel recently completed a multi-day jury trial and has not yet had the opportunity to complete Defendants' response to the FAC. Pursuant to LR 26-3, the parties note that this stipulation does not seek an extension of discovery, and no discovery has been conducted due to the current posture of the case. The parties submit this stipulation not for purposes of delay, but for the reasons set forth above.

**IT IS SO AGREED.**

Dated: September 17, 2021       **FENNEMORE CRAIG, P.C.**

_/s/ Shannon S. Pierce_
Shannon S. Pierce, Esq. (NV Bar No. 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511
*Attorneys for Defendants*
Hargett Materials, Inc., Jon Hargett, Tom Martin, Leanne Martin, and Knights Consulting & Technical Services, Inc.

Dated: September 17, 2021       **WOODBURN AND WEDGE**

_/s/ Dane W. Anderson_
Dane W. Anderson, Esq. (NV Bar No. 6883)
Shay L. Wells, Esq. (NV Bar No. 12130)
Patrick M. Kealy, Esq. (NR Bar No. 13517)
6100 Neil Road, Suite 500
Reno, NV 89511
*Attorneys for Plaintiff*

For good cause based upon the parties' stipulation as set forth above, the parties' stipulation is hereby **GRANTED**.

DATED this 17th day of September, 2021.


UNITED STATES MAGISTRATE JUDGE

18645847.4