Dane W. Anderson, Esq. [Nevada Bar 6883]
Shay L. Wells, Esq. [Nevada Bar 12130]
Patrick M. Kealy, Esq. [Nevada Bar 13517]
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000 | Fax: 775-688-3088
danderson@woodburnandwedge.com
swells@woodburnandwedge.com
pkealy@woodburnandwedge.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GST INTERNATIONAL, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>TOM MARTIN, an individual; BRANDON RAPOLLA, an individual; KNIGHTS CONSULTING & TECHNICAL SERVICES, INC., a Nevada corporation; LEANNE MARTIN, an individual; HARGETT MATERIALS, INC., a Tennessee corporation; JOHN HARGETT, an individual; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.: 3:21-cv-00285<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 25) (SECOND REQUEST)** |

Plaintiff GST INTERNATIONAL, INC., a Nevada corporation ("GST") and Defendants HARGETT MATERIALS, INC., JON HARGETT, TOM MARTIN, LEEANNE MARTIN, and KNIGHTS CONSULTING & TECHNICAL SERVICES, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1. The parties agree to extend the October 25, 2021 due date of the Opposition to Defendants' Motion to Dismiss First Amended Complaint (ECF No. 25), to Thursday, November 4, 2021. The parties previously stipulated to extend the deadline from October 19, 2021, to October 25, 2021 (ECF No. 29). The Court approved this extension by minute order entered on October 19, 2021 (ECF No. 30). This additional extension is made in good faith and not for dilatory purposes. The parties are discussing possible resolution of Defendants' motion and/or possible narrowing of the issues raised in the motion and require the additional time to facilitate discussion among counsel and their respective clients.

The undersigned do hereby affirm that the preceding document does not contain any personal information.

DATED this 25th day of October, 2021.         DATED this 25th day of October, 2021.

WOODBURN AND WEDGE                    FENNEMORE CRAIG, P.C.

By: */s/ Dane Anderson*                By: */s/ Shannon Pierce*
    Dane W. Anderson, Esq.                 Shannon S. Pierce, Esq.
    Nevada Bar No. 6883                    Nevada Bar No. 12471

   *Attorneys for Plaintiff GST*          *Attorneys for Defendants Hargett*
   *International, Inc.*                  *Materials, Inc., Jon Hargett, Tom*
                                          *Martin, LeeAnne Martin,* and
                                          *Knights Consulting and Technical*
                                          *Services, Inc.*

IT IS SO ORDERED.

Dated: 10/26/2021

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

I certify that I am an employee of Woodburn and Wedge, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the STIPULATION TO EXTEND TIME TO FILE REPLY TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT (SECOND REQUEST) on the parties set forth below by electronic service effected by CM/ECF to:

| Robert Golden, Esq.<br>Nolte Lackebach Siegel<br>One Chase Road<br>Scarsdale, NY 10583<br>rgolden@nls.law | Shannon Pierce, Esq.<br>Fennemore Craig, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>spierce@fennemorelaw.com |
|---|---|

DATED this 25th day of October, 2021.

*/s/ Caitlin Pagni*
An Employee of Woodburn and Wedge