UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GTS INTERNATIONAL, INC.,<br><br>　　　　　　　Plaintiff,<br>　v.<br>TOM MARTIN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00285-MMD-CLB<br><br>ORDER |

　　　The complaint in this action was filed on June 25, 2021. (ECF No. 1.) The Court issued a notice of intent to dismiss Defendant Brandon Rapolla pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by December 31, 2021. (ECF No. 39.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Brandon Rapolla are dismissed without prejudice.

　　　DATED THIS 6th Day of January 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE